CASO No. 2:17-cv-02454-JCM-GWF

MARISELA LEON MARTINEZ, Individually, Plaintiff,
vs
MGM GRAND HOTEL LLC, Defendants.

Tuesday, October 16, 2018

To: **Las Vegas Clerk's Office.**
**U.S. District Court, District of Nevada.**
**Lloyd D. George Federal Courthouse**
333 Las Vegas Boulevard South
Las Vegas, NV 89101
702-464-5400



Re: **Plaintiff's Motion so that the Case of Discrimination based on the Americans with Disabilities Act (ADA) be Reconsidered and Re- Opened.**

Dear Clerk:

On June 13 of this year, we filed a motion in that office requesting that our previously closed case be reconsidered and reopened again, so far we have not received any response on the matter, which is the reason why I am writing to you.

I need to know if there is any information about it and consider the possibility of giving continuity to our claim in the way that the laws stipulate.

Thank you for your attention to this matter.

Sincerely,


Marisela León Martinez.

1857 Calle de Reynaldo St.
Las Vegas, NV, 89119
702-470-9023